IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| RITA FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 24-03228-CV-S-DPR-SSA |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Motion for Attorney Fees. (Doc. 25.) Pursuant to the EAJA, Plaintiff requests an award of attorney fees in the amount of $8,297.20. The Social Security Administration has filed a Response, stating it has no objection to the relief requested. (Doc. 29.) Upon review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and the amount requested is reasonable. Also, per Plaintiff's Fee Agreement, the award may be made payable to Dana W. Duncan. (Doc. 28-1.)

It is therefore **ORDERED** that

1. The Motion for Attorney Fees is **GRANTED**; and

2. An award of attorney fees in the amount of $8,297.20 shall be paid by the Social Security Administration, subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: October 30, 2025